**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
IN THE MATTER OF:
DAVID YASEEN and CAROLYN JURIS,
as Owners of the 1982 Catalina 30 sailing
vessel, S/V "ENDURANCE" Hull No.
CTYN2771M82I, Registration No.
NY3965FR4 her tenders, gear, furniture,
tackle, appurtenances, etc.

         Plaintiffs
---------------------------------------------------------X

20 **CIV** 2720 (VSB)

**DEFAULT JUDGMENT**

  It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated December 3, 2020, the Court hereby GRANTS the Plaintiffs' motion for judgment pursuant to Fed. R. Civ. P. 55 (b)(2). DEFAULT JUDGMENT is entered in favor of the Plaintiffs, David Yaseen and Carolyn Juris, exonerating them from liability, and against all parties who have failed to file claims by July 13, 2020, against the Plaintiffs, David Yaseen and Carolyn Juris, or the Vessel (the 1982 Catalina 30 sailing vessel "ENDURANCE", Hull No. CTYN2771M82I, Registration No. NY3965FR4) arising out of the Incident when the Vessel broke loose from its mooring located in the navigable waters of City Island, New York during a storm and drifted on or about October 17, 2019. All such claims and proceedings relating to the Incident on that date are thus hereafter barred WITH PREJUDICE in the United States; accordingly, this case is closed.

**DATED**: New York, New York
     December 4, 2020

                **RUBY J. KRAJICK**
                _____
                **Clerk of Court**
             **BY**: _____
                **Deputy Clerk**